UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **2:25-cv-12293-PA-ACCV** | Date: | June 16, 2026 |
|---|---|---|---|

Title:   *Jeremy Hills v. Dominique Hudson, et al.*

Present: The Honorable   Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   FINAL ORDER TO SHOW CAUSE**

On April 28, 2026, the Court issued its Order Re First Amended Complaint ("FAC Order"), granting Plaintiff one final opportunity to file an amended complaint in compliance with the Court's February 19, 2026, Order. (Electronic Case Filing ("ECF") No. 20.)  However, on May 15, 2026, the FAC Order was returned the U.S. Postal Service. (ECF No. 21.) Consequently, the Court issued an Order Re Failure to Update Address, directing Plaintiff to provide his current address in writing.  (ECF No. 22.)  On June 2, 2026, Plaintiff notified the Court that the address of record was correct stating that "to plaintiff's knowledge, any returned mailing appears to have resulted from a postal error rather than an address change." (ECF No. 23.)

Based on Plaintiff's recent notice, Plaintiff did not receive the April 28, 2026 FAC Order due to a postal error.  The Court finds it appropriate to extend his time to respond.  Accordingly, it is **HEREBY ORDERED** that Plaintiff's deadline for filing an amended complaint is extended to 14 days from the date of this order. The Clerk of Court is directed to re-send the Court's April 28 Order (ECF No. 20) to Plaintiff's address of record.

**Plaintiff is forewarned that, failure to do either of the provided options, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.**

**IT IS SO ORDERED.**