UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-012293-PA-SHK | Date: | September 3, 2026 |
| Title: | ***Jeremy Hills v. Dominique Hudson, et al.*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On July 21, 2026, the Court issued its Order Dismissing First Amended Complaint with Leave to Amend ("ODLA") (Electronic Case Filing ("ECF No.") 29). The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired. Plaintiff's Second Amended Complaint ("SAC") was due on before August 20, 2026. To date, Plaintiff has failed to file a SAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **September 17, 2026**, Plaintiff is ORDERED to either (a) advise the Court that Plaintiff does not desire to pursue this action; (b) if Plaintiff desires to pursue this action, show good cause in writing, if any exists, why Plaintiff has not timely filed with the Court a SAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.

Plaintiff is forewarned that failure to comply with either option **will** be deemed a violation of a court order and further evidence of a failure to prosecute, justifying dismissal of this action.

**IT IS SO ORDERED.**